PETER A. LINDH (061907)
MARKER E. LOVELL, JR. (208659)
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Petitioners
HYATT CORPORATION dba
HYATT REGENCY MAUI RESORT & SPA,
and MAUI BOAT CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA, a Delaware corporation, as *pro hac vice* owner, and MAUI BOAT CO., a Delaware corporation, as owner of M/S KIELE V, O.N. 628114, for exoneration from or limitation of liability | Case No. 2:09cv1220 JAM DAD<br><br>**ORDER DIRECTING ISSUANCE OF NOTICE PUBLICATION THEREOF, AND RESTRAINING ORDER** |

WHEREAS, a petition for exoneration from a limitation of liability is being filed simultaneously with this [Proposed] Order by petitioners HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA, and MAUI BOAT CO. (hereinafter "petitioners") as owner *pro hac vice* and owner, respectively, of the M/S KIELE V., O.N. 628114, wherein petitioners seek exoneration from or limitation of liability for any and all losses, injuries and/or damages occasioned as a result of the incident occurring off Kaanapali, Maui, Hawaii, involving the M/S KIELE V on or about February 13, 2006, and certain other relief; and

WHEREAS the complaint having stated the facts and circumstance upon which said exoneration and limitation are claimed; and

WHEREAS it appearing that claims have been and may be made against petitioners in amounts that will exceed the value of petitioners' interests in the M/S KIELE V for losses,

/ / /

injuries and/or damages said to have been occasioned or incurred in consequent of the aforesaid voyage; and

WHEREAS, petitioners surety has given security for damages and costs herein;

NOW THEREFORE, on application of Gibson Robb & Lindh LLP, counsel for petitioners, it is hereby:

ORDERED that the Clerk of this Court issue a notice forthwith, in the form submitted with this Order, to all persons or entities asserting claims with respect to which the complaint seeks limitation, admonishing them to file their respective claims with the Clerk of the Court and serve attorneys for petitioners with copies thereof within 30 days of the issuance of the notice;

AND IT IS FURTHER ORDERED that the public notice shall be given by publication thereof in the legal newspaper known as "The Sacramento Recorder," and that such notice shall be published once a week for four consecutive weeks prior to the date affixed herein for filing of claims;

AND IT IS FURTHER ORDERED that not later than the date of the second publication of said notice, that petitioners shall mail a copy of said notice to every person or concern, if any, known to have made any claim against petitioners as a result of the incident on February 13, 2006 involving the M/S KIELE V;

AND IT IS FURTHER ORDERED that the continued prosecution of any and all suits, actions or proceedings which may have already began against petitioners in any court whatsoever, including without limitation, <u>Baldwin, et al. v. Hyatt Corporation, et al.</u>, Civil Case No. 2:09-cv-00161-JAM-DAD filed in the United States District Court for Eastern District of California, to recover damages arising out of, or occasioned by, or consequent of the aforesaid voyage or trip in which the M/S KIELE V was engaged and during which the incident occurred, and institution or prosecution of any suits, actions or legal proceedings of any nature or description whatsoever in any court wheresoever, except in this proceeding for exoneration from or limitation of liability, against petitioners, in respect of any claim or claims arising out of the aforesaid voyage or trip on which the M/S KIELE V was engaged, or otherwise subject to limitation in this proceeding be and the same are hereby stayed and restrained;

AND IT IS FURTHER ORDERED that a certified copy of this order as a restraining order shall be served by certified mail, return receipt requested on the person or persons or entities to be restrained and/or their respective attorneys or representatives;

AND IT IS FURTHER ORDERED that the publication and mailing of copies of the Notice to Claimants, required by Rule F(4), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, shall constitute due notice to all persons asserting claims with respect to which said complaint seeks limitation or exoneration.

IT IS SO ORDERED this 12th day of May, 2009, at Sacramento, California.

          /s/ John A. Mendez
         UNITED STATES DISTRICT JUDGE

Presented by:

GIBSON ROBB & LINDH LLP

By: S/ MARKER E. LOVELL, JR.
    Marker E. Lovell, Jr., Esq.
    Attorneys for Petitioners
    HYATT CORPORATION dba
    HYATT REGENCY MAUI RESORT &
    SPA and MAUI BOAT CO.