1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   In the matter of HYATT
     CORPORATION dba HYATT                    No. CIV S-09-1220 JAM DAD
11   REGENCY MAUI RESORT
     & SPA, ETC.,
12
     _____/        ORDER
13

14          This case came before the court on August 14, 2009, for hearing on petitioner

15   Hyatt Corporation's motion to strike claimant's jury trial demands.  (Doc. No. 20.)   Marker E.

16   Lovell, Jr. appeared for petitioner Hyatt Corporation.  Andrew E. Bakos appeared on behalf of

17   claimants.  For the reasons set forth on the record at the hearing, defendant's motion to strike

18   claimants' jury trial demand in this admiralty/maritime action for exoneration from or limitation

19   of liability only was granted.  The court declined to strike claimants' request for an advisory jury

20   from their claims, while noting that claimants may elect to move for an advisory jury before the

21   assigned district judge or request that the advisory jury issue be addressed at the Final Pretrial

22   Conference.

23          IT IS SO ORDERED.

24   DATED: August 24, 2009.

25

26                                            _____
                                              DALE A. DROZD
     Ddad1/orders.civil/hyattcorp1220.oah.081409    UNITED STATES MAGISTRATE JUDGE