PETER A. LINDH  (061907)
plindh@gibsonrobb.com
MARKER E. LOVELL, JR.  (208659)
mlovell@gibsonrobb.com
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California  94105
Telephone: (415) 348-6000
Facsimile:  (415) 348-6001

Attorneys for Petitioners
HYATT CORPORATION dba
HYATT REGENCY MAUI RESORT & SPA,
and MAUI BOAT CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA, a Delaware corporation, as *pro hac vice* owner, and MAUI BOAT CO., a Delaware corporation, as owner of M/S KIELE V, O.N. 628114, for exoneration from or limitation of liability | Case No. 2:09-cv-1220 JAM DAD<br><br>**STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURE AND RELATED DISCOVERY DATES** |

It is hereby stipulated by and among Claimants ROSE BALDWIN, MICHAEL BALDWIN, SHANDLE T.B. HANKINS, and AARON HANKINS, and Petitioners HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA and MAUI BOAT CO., that the expert disclosure and related discovery dates be continued by three months.  The parties have diligently engaged in discovery to date, but require additional time given the nature of the case.  The parties have served and responded to written discovery.  The parties are in the process of drafting a protective order to be filed with the Court regarding production of confidential documents which are relevant to the claims alleged.

Claimant ROSE BALDWIN allegedly has over $500,000 in medical expenses, likely requiring at least three medical expert examinations, including examinations by an orthopedist and a neurologist.  Due to Claimant ROSE BALDWIN's physical condition, her deposition alone

1  will require several days as her counsel indicates that she that given her alleged injuries she will
2  be unable sit for deposition for more than a couple of hours at a time.  In addition, the case
3  requires numerous out-of-state depositions, as the alleged incident occurred in Hawaii.

4  Based on the foregoing reasons, the parties stipulate to amend the deadlines listed in the
5  Status (Pre-Trial Scheduling) Order dated August 24, 2009, as follows:

| Discovery Event | Original Deadline | Stipulated Amended Deadline |
| --- | --- | --- |
| Expert Disclosure | March 5, 2010 | June 4, 2010 |
| Supplemental Expert Disclosure | March 12, 2010 | June 11, 2010 |
| Discovery Cutoff | May 28, 2010 | August 27, 2010 |
| Dispositive Motion Filing | July 21, 2010 | October 6, 2010 |
| Dispositive Motion Hearing | August 18, 2010 | November 3, 2010 at 9:30 a.m. |
| Joint Pretrial Statement Due | September 29, 2010 | December 10, 2010 |
| Pretrial Conference | October 6, 2010 | December 17, 2010 at 2:00 p.m. |
| Jury Trial | December 6, 2010 | January 31, 2011 at 9:00 a.m. |

16      IT IS SO STIPULATED.

17  Dated: January 26, 2010            ANDREW E. BAKOS & ASSOCIATES, P.C.

18                          By:  S/ ANDREW E. BAKOS, ESQ.
                                   Andrew E. Bakos, Esq.
19                                 Dennis B. Hill, Esq.
                                   Attorneys for Claimants
20                                 ROSE BALDWIN, MICHAEL BALDWIN,
                                   SHANDLE T.B. HANKINS and AARON
21                                 HANKINS

22  Dated: January 26, 2010            GIBSON ROBB & LINDH LLP

23                          By:  S/ MARKER E. LOVELL, JR.
                                   Marker E. Lovell, Jr.
24                                 mlovell@gibsonrobb.com
                                   Attorneys for Petitioners
25                                 HYATT CORPORATION dba
                                   HYATT REGENCY MAUI RESORT &
26                                 SPA and MAUI BOAT CO.

27  Marker E. Lovell, Jr., attests that concurrence in the filing of this document has been
28  obtained from each of the other signatories identified herein.

# ORDER

Having reviewed the stipulation above of Claimants ROSE BALDWIN, MICHAEL BALDWIN, SHANDLE T.B. HANKINS, and AARON HANKINS, and Petitioners HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA and MAUI BOAT CO., IT IS HEREBY ORDERED:

The discovery deadlines listed in the Status (Pre-Trial Scheduling) Order dated August 24, 2009, shall be amended as follows:

| Discovery Event | Original Deadline | Stipulated Amended Deadline |
| --- | --- | --- |
| Expert Disclosure | March 5, 2010 | June 4, 2010 |
| Supplemental Expert Disclosure | March 12, 2010 | June 11, 2010 |
| Discovery Cutoff | May 28, 2010 | August 27, 2010 |
| Dispositive Motion Filing | July 21, 2010 | October 6, 2010 |
| Dispositive Motion Hearing | August 18, 2010 | November 3, 2010 at 9:30 a.m. |
| Joint Pretrial Statement Due | September 29, 2010 | December 10, 2010 |
| Pretrial Conference | October 6, 2010 | December 17, 2010 at 2:00 p.m. |
| Jury Trial | December 6, 2010 | January 31, 2011 at 9:00 a.m. |

Dated: January 26, 2010

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge