1  PETER A. LINDH  (061907)
   plindh@gibsonrobb.com
2  MARKER E. LOVELL, JR.  (208659)
   mlovell@gibsonrobb.com
3  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
4  San Francisco, California  94105
   Telephone:  (415) 348-6000
5  Facsimile:  (415) 348-6001

6  Attorneys for Petitioners
   HYATT CORPORATION dba
7  HYATT REGENCY MAUI RESORT & SPA,
   and MAUI BOAT CO.

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 | In the matter of HYATT CORPORATION      )   Case No. 2:09-cv-1220 JAM KJN
   | dba HYATT REGENCY MAUI RESORT           )
13 | & SPA, a Delaware corporation, as *pro hac* )  **STIPULATION AND ORDER TO AMEND**
   | *vice* owner, and MAUI BOAT CO., a      )   **THE PRE-TRIAL SCHEDULING ORDER**
14 | Delaware corporation, as owner of M/S   )   **OF JANUARY 27, 2010**
   | KIELE V, O.N. 628114, for exoneration   )
15 | from or limitation of liability         )
                                             )
16                                           )
                                             )
17 _____)

18        It is hereby stipulated by and among Claimants ROSE BALDWIN, MICHAEL

19 BALDWIN, SHANDLE T.B. HANKINS, and AARON HANKINS, and Petitioners HYATT

20 CORPORATION dba HYATT REGENCY MAUI RESORT & SPA and MAUI BOAT CO., that

21 the trial date and all related dates listed in the Pre-Trial Scheduling Order of January 27, 2010, be

22 continued by three months.  This stipulation is made in consideration of the fact that the parties

23 have been actively participating in discovery, including extensive written discovery, but have

24 been unable to complete the claimants' depositions.  Petitioners filed this Limitation Action on

25 January 20, 2009, and Claimants appeared in the case on June 10, 2009.  Written discovery was

26 conducted in late 2009 and early 2010.  Claimant Rose Baldwin's deposition began on March 29,

27 2010, but the deposition could not be completed because Ms. Baldwin is unable to sit for a full

28 session.  The parties met for a second day of deposition on April 1, 2010, but Ms. Baldwin was

1  again unable to participate in a full session.  The parties are in the process of scheduling a third
2  day for her deposition.  There are three additional claimants who need to be deposed after Ms.
3  Baldwin's deposition is concluded.  There are also several out-of-state witnesses in Hawaii,
4  Massachusetts, and Idaho who need to be deposed.

5       Based on the foregoing reasons, the parties stipulate to amend the deadlines listed in the
6  Pre-Trial Scheduling Order dated January 27, 2010, as follows:

| Event | Deadline in Pre-Trial Scheduling Order of January 27, 2010 | Stipulated Amended Deadline |
|---|---|---|
| Expert Disclosure | June 4, 2010 | September 3, 2010 |
| Supplemental Expert Disclosure | June 11, 2010 | September 10, 2010 |
| Discovery Cutoff | August 27, 2010 | October 29, 2010 |
| Dispositive Motion Filing | October 6, 2010 | December 8, 2010 |
| Dispositive Motion Hearing | November 3, 2010 | January 12, 2011 at 9:30 a.m. |
| Joint Pretrial Statement Due | December 10, 2010 | February 25, 2011 |
| Pretrial Conference | December 17, 2010 | March 4, 2011 at 2:00 p.m. |
| Bench Trial | January 31, 2011 | April 11, 2011 at 9:00 a.m. |

17      IT IS SO STIPULATED.

18  Dated:  April 28, 2010                  ANDREW E. BAKOS & ASSOCIATES, P.C.

19                                    By:  S/ ANDREW E. BAKOS, ESQ.
20                                        Andrew E. Bakos, Esq.
                                      Dennis B. Hill, Esq.
21                                        Attorneys for Claimants
                                      ROSE BALDWIN, MICHAEL BALDWIN,
22                                        SHANDLE T.B. HANKINS and AARON HANKINS

23  Dated:  April 28, 2010                  GIBSON ROBB & LINDH LLP

24                                    By: S/ MARKER E. LOVELL, JR.
25                                        Marker E. Lovell, Jr.
                                      mlovell@gibsonrobb.com
26                                        Attorneys for Petitioners
                                      HYATT CORPORATION dba
27                                        HYATT REGENCY MAUI RESORT & SPA and MAUI BOAT CO.

28      Marker E. Lovell, Jr., attests that concurrence in the filing of this document has been obtained from each of the other signatories identified herein.

# **ORDER**

Having reviewed the stipulation above of Claimants ROSE BALDWIN, MICHAEL BALDWIN, SHANDLE T.B. HANKINS, and AARON HANKINS, and Petitioners HYATT CORPORATION dba HYATT REGENCY MAUI RESORT & SPA and MAUI BOAT CO., IT IS HEREBY ORDERED:

The discovery deadlines listed in the Pre-Trial Scheduling Order dated January 27, 2010, shall be amended as follows:

| Event | Deadline in Pre-Trial Scheduling Order of January 27, 2010 | Stipulated Amended Deadline |
|---|---|---|
| Expert Disclosure | June 4, 2010 | September 3, 2010 |
| Supplemental Expert Disclosure | June 11, 2010 | September 10, 2010 |
| Discovery Cutoff | August 27, 2010 | October 29, 2010 |
| Dispositive Motion Filing | October 6, 2010 | December 8, 2010 |
| Dispositive Motion Hearing | November 3, 2010 | January 12, 2011 at 9:30 a.m. |
| Joint Pretrial Statement Due | December 10, 2010 | February 25, 2011 |
| Pretrial Conference | December 17, 2010 | March 4, 2011 at 2:00 p.m. |
| Bench Trial | January 31, 2011 | April 11, 2011 at 9:00 a.m. |

Dated: April 28, 2010

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

STIPULATION AND ORDER TO AMEND THE PRE-TRIAL SCHEDULING ORDER OF JANUARY 27, 2010
Case No. 2:09-cv-1220 JAM DAD; Our File No. 8002.47

- 3 -